IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Delatorre, Alen | Case Number: 04 B 31378 |
|---|---|---|
| | Delatorre, Minerva | Judge: Hollis, Pamela S |
| | Printed: 8/26/08 | Filed: 8/24/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Completed: June 12, 2008
Confirmed: November 15, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 20,909.64 |  |
| Secured: |  | 11,428.56 |
| Unsecured: |  | 2,790.82 |
| Priority: |  | 2,376.26 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,074.36 |
| Other Funds: |  | 539.64 |
| Totals: | 20,909.64 | 20,909.64 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Tidewater Credit Services | Secured | 11,428.56 | 11,428.56 |
| 3. | Internal Revenue Service | Priority | 2,376.26 | 2,376.26 |
| 4. | SBC | Unsecured | 62.81 | 129.47 |
| 5. | Internal Revenue Service | Unsecured | 333.58 | 687.62 |
| 6. | Premier Bankcard | Unsecured | 41.98 | 86.54 |
| 7. | Premier Bankcard | Unsecured | 47.90 | 98.74 |
| 8. | City Of Chicago Dept Of Revenue | Unsecured | 85.70 | 176.66 |
| 9. | Baxter Credit Union | Unsecured | 68.36 | 140.92 |
| 10. | Illinois Dept Of Employment Sec | Unsecured | 208.19 | 429.16 |
| 11. | Tidewater Credit Services | Unsecured | 359.44 | 740.90 |
| 12. | Aspire Visa | Unsecured | 77.14 | 159.00 |
| 13. | AM Castle Employees Fed C U | Unsecured | 68.79 | 141.81 |
| 14. | Internal Revenue Service | Priority | | No Claim Filed |
| 15. | Internal Revenue Service | Priority | | No Claim Filed |
| 16. | Internal Revenue Service | Priority | | No Claim Filed |
| 17. | Cingular Wireless | Unsecured | | No Claim Filed |
| 18. | Southwest Credit Systems | Unsecured | | No Claim Filed |
| 19. | Sprint PCS | Unsecured | | No Claim Filed |
| 20. | Medical Recovery Specialists | Unsecured | | No Claim Filed |
| 21. | Sprint PCS | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 17,858.71 | $ 19,295.64 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE: Delatorre, Alen
Delatorre, Minerva
Printed: 8/26/08

Case Number: 04 B 31378
Judge: Hollis, Pamela S
Filed: 8/24/04

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 218.18 |
| 4% | 58.23 |
| 3% | 30.25 |
| 5.5% | 264.44 |
| 5% | 67.05 |
| 4.8% | 139.46 |
| 5.4% | 296.75 |
|  | _____ |
|  | $ 1,074.36 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

